1 | JERRY PERSKY
2 | California State Bar No. 96574
    5657 Wilshire Boulevard, Suite 410
    Los Angeles, California 90036
3 | Telephone No. (323) 938-4000
    Facsimile No.  (323) 938-4068
4 | E-mail address: jpersky48@aol.com

5 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN DANIELS, | NO. CV 11-3880 E |
| Plaintiff, | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of three thousand one hundred dollars and no cents ($3,100.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel.

DATED: 3/23/12

_____
UNITED STATES MAGISTRATE JUDGE

1