1  JERRY PERSKY
   California State Bar No. 96574
2  5657 Wilshire Boulevard, Suite 410
   Los Angeles, California 90036
3  Telephone No. (323) 938-4000
   Facsimile No.  (323) 938-4068
4  E-mail address: jpersky48@aol.com

5  Attorney for Plaintiff

6

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 JOAN DANIELS,                    )   NO. CV 11-3880 E
                                    )
12             Plaintiff,           )   ORDER AWARDING EAJA
                                    )   ATTORNEY FEES
13      v.                          )
                                    )
14 MICHAEL J. ASTRUE,               )
   COMMISSIONER OF SOCIAL           )
15 SECURITY ADMINISTRATION,         )
                                    )
16             Defendant.           )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded

20 attorney fees under the EAJA in the amount of three thousand one hundred dollars

21 and no cents ($3,100.00), as authorized by 28 U.S.C. §2412(d), subject to the terms

22 of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's

23 counsel.

24

25 DATED: 3/23/12                    _____

26                                   UNITED STATES MAGISTRATE JUDGE

27

28

                                        1